# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
## Yakima

## USA v.  PATRICK ALAN BUCKNUM    Case No.   2:26-CR-0062-TOR-1

Spokane Video Conference (JAG @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

## Initial Appearance and Arraignment on Information:          06/24/2026

| | |
|---|---|
| ☒ Melissa Orosco, Courtroom Deputy [S] | ☒ Jeremy Kelley, US Atty |
| ☒ Wendy Kirkham, Courtroom Deputy [Y] | ☒ Jacob Taylor, Defense Atty |
| ☒ Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ Keith Woodwell, Defense Atty |
| ☒ Defendant present ☒ out of custody | ☒ Interpreter **NOT REQUIRED** |

| | |
|---|---|
| ☐ USA Motion for Detention | ☒ Rights given |
| ☒ USA not seeking detention | ☒ Acknowledgment of Rights filed |
| ☐ Financial Affidavit (CJA 23) filed | ☒ Defendant received copy of Information |
| ☐ The Court will appoint the Federal Defenders | ☒ Defendant waived reading of Information |
| ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ Information reviewed in open court |
| ☒ Waiver of an Indictment filed | ☐ Pretrial Services Report ordered |
| ☒ Conditions of Release Imposed | ☐ Supplemental Pretrial Services Report authorized |
| ☒ 199C Advice of Penalties/Sanctions filed | |

## REMARKS

Defendant appeared, out of custody, with counsel and acknowledged to the Court that his true and correct name is PATRICK ALAN BUCKNUM.

Defendant and was advised of his rights and the allegations contained in the Information.

A Waiver of Indictment filed.

"Not guilty" plea entered.

Defendant has retained private counsel.

Government is not seeking detention as change of plea hearing will follow this hearing at 11:45 a.m. before Judge Rice.

---

**The Court ordered:**

1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.

   - Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, including tribal agencies, without providing notice to United States Probation. Defendant shall comply with all conditions of supervision imposed by other courts.
   - Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.
   - Defendant shall sign and complete A.O. Form 199C before being released. Defendant shall reside at an address approved by Pretrial Services and advise the Court, defense counsel and the U.S. Attorney in writing at least twenty-four hours before making any change in address, phone number, or employment.
   - Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
   - Defendant shall not possess a firearm, destructive device, or other dangerous weapon. There shall be no firearms in the home where Defendant resides.
   - Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.
   - Defendant shall surrender any passport to Pretrial Services and shall not apply for replacements and shall not apply for any travel documents and/or a passport for any country.
   - Defendant shall remain in the State of Washington while the case is pending. Defendant may be permitted to travel outside this geographical area *with advance notice and approval* from U.S. Probation.
   - Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.
   - Defendant shall maintain or actively seek lawful employment.
   - Defendant shall contact defense counsel at least once a week.
   - Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

- Defendant shall not use alcohol to excess.
- Defendant shall disclose any and all personal financial information and business records, to include execution of a Release of Financial Information form, as requested by the U.S. Probation Office.
- Defendant shall not engage in any form of employment which would allow access to financial information, to include the following: personal identifiers, credit accounts, bank accounts of any individual, business, or other entity.
- Defendant may not liquidate any assets with a value over $1,000 without prior approval of U.S. Probation.
- Defendant may not make or incur any loan or enter into any new credit agreement over $1,000 without prior approval of U.S. Probation.

**Detention Hearing:**
*NA; USA not seeking detention.*