AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 24 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America        )
               v.                )    Case No. *2:26-CR-62-TOR-1*
Patrick Alan Bucknum   )
         *Defendant*       )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/24/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jake Taylor
*Printed name of defendant's attorney*

_____
*Judge's signature*

James A. Goeke
*Judge's printed name and title*