# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-CR-0062-TOR |
| Plaintiff, | CRIMINAL MINUTES |
| vs. | DATE:   June 24, 2026 |
| PATRICK ALAN BUCKNUM, | LOCATION:   Spokane |
| Defendant. | CHANGE OF PLEA HEARING |

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Lee Reams | | | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Jeremy Kelley | | Jacob Taylor / Keith Woodwell | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**                    **[   ] US Probation Officer:**

Defendant is present, out of custody, and assisted by counsel.

An original, signed, Plea Agreement was provided to the Court. No preliminary statements by either party.

Oath administered to Defendant for change of plea.

Colloquy between Court and Defendant regarding waiving his right to have his case go before the grand jury.

The Court accepted Defendant's Waiver of Indictment as knowing and voluntary.

The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant pleaded guilty to Count 1of the Information and the Court accepted his plea as knowing and voluntary, finding Defendant fully competent and aware of the charges and the consequences of the plea.

The Court ordered a Presentence Investigation Report and set sentencing for **September 23, 2026, at 10:30 a.m.**

The Court will enter the Preliminary Order of Forfeiture.

Page 2                 USA v. Bucknum        2:26-CR-0062-TOR                Change of Plea Hearing

Defendant to continue terms of pretrial release pending sentencing.

| CONVENED: 11:43 AM | ADJOURNED:  11:55 AM | TIME: 12 MINS | [X] ORDER TO FOLLOW |
|---|---|---|---|