FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK ALAN BUCKNUM,<br><br>Defendant. | CASE NO: 2:26-CR-0062-TOR<br><br>ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE |

On June 24, 2026, Patrick Alan Bucknum appeared before the Court and entered a plea of guilty to Count 1 of the Information filed May 7, 2026, charging him with Wire Fraud, in violation of 18 U.S.C. § 1343.  The Defendant was represented by Jacob Taylor and Keith Woodwell.  AUSA Jeremy Kelley appeared on behalf of the government.

The Court finds that Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and consequences of the plea and the plea of guilty is knowing, and voluntary, is not induced by fear, coercion, or ignorance and is supported by an independent basis in

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 1

fact establishing each of the essential elements of the crime.  Therefore, the Defendant's plea of guilty is accepted

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  A sentencing hearing is set for **September 23, 2026, at 10:30 a.m.**, in Spokane Courtroom 902.  Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with LCivR 7, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2.  The Defendant shall remain released to pretrial supervision pursuant to the release order in this matter.  ECF No. 9.  **<u>If a sentence of incarceration is imposed, the Defendant shall be taken into custody at the time of sentencing.</u>**

3.  The United States Probation Office shall prepare a Presentence Investigation Report (PSIR) pursuant to Fed. R. Crim. P. 32(c).

4.  Not later than **August 12, 2026**, the probation officer shall disclose the Presentence Investigation Report to the Defendant, counsel for Defendant, and the Government.  Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

5.  Not later than **August 26, 2026**, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 2

legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. If an objection is filed, the probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

6. The probation officer shall submit the final Presentence Investigation Report to the Court by **September 9, 2026**. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

7. Not later than **September 9, 2026,** counsel shall file and serve all motions and memoranda pertaining to Defendant's sentence, including departures and variances, and sentencing recommendations. **<u>FAILURE TO FILE AND SERVE SENTENCING MATERIAL, TO INCLUDE MOTIONS OR MEMORANDA FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES, BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.</u>**

8. Not later than **September 16, 2026**, the opposing party shall file and serve its response limited to no more than seven (7) pages.

9. If either party intends to call witnesses or proffer exhibits at sentencing, witness and exhibit lists must be exchanged by the parties and provided to the

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 3

Court no later **September 16, 2026**. This includes the names of any party who requests to address the Court prior to the imposition of sentence. If either party anticipates needing more than 10 minutes for sentencing argument, such request must be made to the Court no later than September 16, 2026.

10. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

11. The District Court Executive is authorized to accept Defendant's $100 (per count) payment which shall be applied to the Special Penalty Assessment and any pre-sentencing restitution payments (if applicable).

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED June 24, 2026.



THOMAS O. RICE
United States District Judge

ORDER ACCEPTING GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 4