FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:26-CR-0062-TOR |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| PATRICK ALAN BUCKNUM, | |
| Defendant. | |

Having reviewed the record in this matter, the Court finds good cause to enter the Preliminary Order of Forfeiture as proposed.

Accordingly, **IT IS HEREBY ORDERED THAT**:

As the result of the Defendant's guilty plea to an Information filed on May 7, 2026, charging Defendant with Wire Fraud, in violation of 18 U.S.C. § 1343, for which the United States sought forfeiture of assets, the Defendant shall forfeit to the United States any property, real or personal, constituting or derived from proceeds traceable to the offense.

The Court has determined, based upon the Defendant's guilty plea and facts included in his plea agreement, that the following assets are subject to forfeiture

PRELIMINARY ORDER OF FORFEITURE 1

pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and that the United States has established the requisite nexus between the assets described as follows, and the offense to which Defendant pled guilty:

BANK ACCOUNTS

- Any and all funds held in Chase Bank Account ending in 3395

VEHICLES/CONVEYANCES

- a 2024 Chevrolet Silverado EV, VIN No. 1GC40ZEL0RU300510;

- a 2021 Tesla Model 3, VIN 5YJ3E1EC6MF099342; and,

- a Cobalt 220 boat serial number FGE22170J405 and cobalt boat trailer serial number 4FBBS222851013349.

COINS

- four-hundred 1 oz American Gold Eagle Coins of random years;

- seventy 1 oz Platinum Coins; and,

- sixty-six 2024 1 oz American Silver Eagle coins

The United States Attorney General (or a designee) is authorized to seize the above-listed assets subject to forfeiture, whether held by Defendant or by a third party, and to conduct discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(3).

MONEY JUDGMENT

The Defendant shall forfeit $24,368,427.37, in the form of a money judgment in favor of the United States, which represents the amount of proceeds Defendant obtained as a result of his illegal conduct.

Pursuant to 21 U.S.C. § 853(p), the United States may seek forfeiture of any other property of the Defendant up to the value of the money judgment listed above.

PRELIMINARY ORDER OF FORFEITURE 2

Substitute Property

Real property known as 303 Sunrise Way, East Wenatchee, Washington 98802, Parcel #: 44800010100, legally described as follows:

LOT 101; BADGER MTN B.

Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

The United States (and/or its agents) are authorized to seize this sum, whether held by the Defendant or a third party, and to conduct any discovery proper in identifying or locating such property, in accordance with Fed. R. Crim. P. 32.2(b)(3)

Pursuant to 21 U.S.C. § 853(n)(1) the United States will post notice of the order on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

The United States will also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n), for the filing of third party petitions.

PRELIMINARY ORDER OF FORFEITURE 3

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** June 24, 2026.



THOMAS O. RICE
United States District Judge

PRELIMINARY ORDER OF FORFEITURE 4